UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LORELEI CRESCINI

                Plaintiff(s),

      v.

STANDARD INSURANCE COMPANY, et al.,

                Defendant(s).
_____/

CASE NO. CV 11-02328 EJD

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court Processes:
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

Private Process:
- **x** Private ADR (please identify process and provider)   JAMS, Private Mediation

The parties agree to hold the ADR session by:
- **x** the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)
- ☐ other requested deadline _____

**Signature Attestation: Concurrence in the filing of the document has been obtained from Mr. Roboostoff, counsel to Plaintiff, by Warren H Nelson Jr, the registered e filer submitting this document.**

Dated: 08/9/11

/s/ Constanin Roboostoff
_____
Attorney for Plaintiff
Lorelei Crescini

Dated: 08/10/11

/s/Warren H Nelson Jr
_____
Attorney for Defendant Standard Insurance Company

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- X  Private ADR

Deadline for ADR session
- X  90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: August 12 2011

_____
UNITED STATES   DISTRICT   JUDGE